| DISTRICT COURT OF THE VIRGIN ISLANDS |
| :---: |
| DIVISION OF ST. CROIX |

HAMM & BARRY, a Virgin Islands
partnership; and Donovan M. Hamm and
Edward L. Barry, individually,

                                **Plaintiffs,**

    v.

ROGERS, TOWNSEND & THOMAS, P.C., a
South Carolina professional corporation, and
EUGENE F. ROGERS, individually,

                           **Defendants.**

2007-CV-0082

TO:   Edward L. Barry, Esq.
       Carol Ann Rich, Esq.

## ORDER

THIS MATTER came before the Court upon Plaintiffs' Motion For Leave to File

Court Document Under Seal (Docket No. 26).  In response, Defendants filed a document

titled "Request to Dismiss or Stay Plaintiffs' Motion to Withdraw Reference; to Decalre [sic]

Non Core Status and to Honor Plaintiffs' Demand For Jury Trial" (Docket No. 27).

Thereafter, Plaintiffs filed a document titled "Reply Re Motion to Withdraw Reference; to

Declare Non-Core Status; and to Honor Plaintiffs' Demand For Jury Trial" (Docket No. 29).

*Hamm & Barry v. Rogers, Townsend & Thomas, P.C.*
2007-CV-0082
Order
Page 2

It is clear from the record that the only motion currently before this Court is Plaintiffs' Motion For Leave to File Court Document Under Seal (Docket No. 26). While Plaintiffs also filed a document titled "Notice of Filing Motion to Withdraw Reference; Declare Non-Core Status; and to Honor Plaintiffs' Demand For Jury Trial" (Docket No. 25), purporting to file said motion to withdraw under seal, no such titled motion has ever been filed with the Court.

Having reviewed the Motion For Leave to File Court Document Under Seal and having considered the premises therein, and given Plaintiffs' representation that the "content of Plaintiffs' Motion [to Withdraw] does not address the substantive issues [of the bankruptcy matter] in any great factual detail," Motion at 1, the Court finds no reason to seal such document.

Accordingly, it is hereby **ORDERED**:

1. Plaintiffs' Motion For Leave to File Court Document Under Seal (Docket No. 26) is **DENIED**.

2. Defendants' request to dismiss or stay Plaintiffs' Motion to Withdraw Reference (Docket No. 27) is **DENIED AS MOOT**.

3. Plaintiffs may file their motion to withdraw, if they so choose, and the relevant procedural rules shall apply thereto.

*Hamm & Barry v. Rogers, Townsend & Thomas, P.C.*
2007-CV-0082
Order
Page 3

      4.      A status conference in this matter is scheduled for **December 9, 2008, at 11:30**

**a.m.,** in Magistrate's Chambers.

ENTER:

Dated: November 26, 2008

              /s/
              GEORGE W. CANNON, JR.
              U.S. MAGISTRATE JUDGE